# Exhibit O


Financial Industry Regulatory Authority

## FINRA Office of Dispute Resolution
## Order on Motion to Dismiss

Case Number: *16-03643*

Case Name: *Watson vs. Allegis Investment Advisors LLC*
*Allegis Investment Services LLC*
*Brandon C. Simpson*

Issues Addressed: (i.e., name of motion or request, by which party)
*Respondents' Motion to Dismiss*

Pre-Hearing Conference Held and Recorded?  ☑ Yes   ☐ No

Date/Time: *2/2/18 / 9:00 a.m.*

Participating in the conference were:

Chairperson: *MARY MARGARET BUSH*

Panelist: *KATHY EISENMENGER*

Panelist: *JONATHAN KROTINGER*

Claimant's Representative: *STEPHEN MOURITSEN & CHAD PEHRSON*

*TAMARA SEELMAN*
#1 Respondent's Representative:

#2 Respondent's Representative:

*MICHELLE VICKERMAN*
FINRA Office of Dispute Resolution Staff:

Decided by:  ☐ Arbitrator   ☑ Panel
Unanimous Ruling:  ☑ Yes   ☐ No

Rulings:

After considering the pleadings submitted by the parties (and oral arguments, if pre-hearing conference held), the Panel/Arbitrator rules as follows:

☐ The Motion to Dismiss is granted.

☑ The Motion to Dismiss is denied.

If the Motion to Dismiss is granted, please provide a written explanation for your decision.

The hearing session fees for this pre-hearing conference are assessed as follows:

____ % to Claimant(s), jointly and severally

*100* % to Respondent(s), jointly and severally

____ % assessed to _____

____ % assessed to _____

____ % assessed to _____

____ % assessed to _____

Note: If the Panel denies the motion, the Panel must assess the hearing session fees associated with any pre-hearings on the motion to the moving party(ies).

X _____     Date: 2/2/18

Chairperson,
On behalf of the Arbitration Panel

Sign personally by entering your name and initials, preceded by "/s/" (e.g., /s/ Jane Q. Public)

6/15/16